Official Form 1 (4/07)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Benford, Lauretta L** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-5523** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**336 Neola Street**<br>**Park Forest, IL**                         ZIP Code **60466** | Street Address of Joint Debtor (No. and Street, City, and State):                         ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                         ZIP Code | Mailing Address of Joint Debtor (if different from street address):                         ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ■ $0 to<br>$10,000 | ☐ $10,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ☐ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to<br>$50,000 | ■ $50,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ☐ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

**Official Form 1 (4/07)** FORM B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Benford, Lauretta L** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b></td><td><b>Exhibit B</b></td></tr>
<tr>
<td>

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X  /s/ Lorraine M. Greenberg   ARDC   September  8, 2007
Signature of Attorney for Debtor(s)                      (Date)
**Lorraine M. Greenberg   ARDC No.: 03129023**

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                                                      FORM B1, Page 3

## Voluntary Petition

| | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Benford, Lauretta L** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Lauretta L Benford**
Signature of Debtor  **Lauretta L Benford**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September  8, 2007**
Date

---

**Signature of Attorney**

X  **/s/ Lorraine M. Greenberg   ARDC No.:**
Signature of Attorney for Debtor(s)

 **Lorraine M. Greenberg   ARDC No.: 03129023**
Printed Name of Attorney for Debtor(s)

 **Lorraine Greenberg and Associates LLC**
Firm Name
 **20 E. Jackson Blvd.**
 **Suite 800**
 **Chicago, IL 60604**

Address

                **Email: lgreenberg@greenberglaw.net**
 **312-408-0007  Fax: 312-264-5620**
Telephone Number

**September  8, 2007**
Date

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

---

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Lauretta L Benford** _____   Case No. _____
                                        Debtor(s)          Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Lauretta L Benford**
                        **Lauretta L Benford**
Date:    **September  8, 2007**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Lauretta L Benford**                                                   Case No. _____

_____          Chapter    **7**
                        Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **preparing documents for filing bankruptcy petition and schedules; ordering tax transcripts, credit reports when necessary, background check, possibly verification of assets, and possibly verification of valuations of assets, review of income to determine CMI and DMI, reviewing documents with client, attending meeting of creditors, advising client regarding reaffirmation agreements, notifying creditors of bankruptcy filing; motions to avoid liens in personal property**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **representation in any adversary proceeding unless specifically contracted for and additional fees are paid; preparing for and presenting motion for redemption unless contracted for and additional fees are paid; motions to avoid judicial lien unless contracted for and additional fees are paid;**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **September  8, 2007**                            /s/ Lorraine M. Greenberg   ARDC No.:
_____          **Lorraine M. Greenberg   ARDC No.: 03129023**
                                                   **Lorraine Greenberg and Associates LLC**
                                                   **20 E. Jackson Blvd.**
                                                   **Suite 800**
                                                   **Chicago, IL 60604**
                                                   **312-408-0007  Fax: 312-264-5620**
                                                   **lgreenberg@greenberglaw.net**

---

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**
1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2.   Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3.   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.   Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1.   Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.   Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3.   After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Lorraine M. Greenberg   ARDC No.: 03129023 | X | /s/ Lorraine M. Greenberg   ARDC No.: | September  8, 2007 |
|---|---|---|---|
| Printed Name of Attorney | | Signature of Attorney | Date |

Address:
**20 E. Jackson Blvd.
Suite 800
Chicago, IL 60604
312-408-0007**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Lauretta L Benford | X | /s/ Lauretta L Benford | September  8, 2007 |
|---|---|---|---|
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| Case No. (if known) | X | | |
| | | Signature of Joint Debtor (if any) | Date |

.

A,t & T Corporation
c/o Merchants Credit Guide Co
223 W Jackson Blvd.,
Chicago, IL 60606


Account Management Service
POB 19617
Indianapolis, IN 46219-0617


Account Management Services
P.O. Box 662400
Indianapolis, IN 46266-2400


Account Managment Service
PO Box 666221
Indianapolis, IN 46266-6221


Ais Services Llc
50 California St Ste 150
San Francisco, CA 94111


Allen Ophthalmic Group
15933 S Bell Road
Homer Glen, IL 60491


Allen, Lewis & Associates
1183 Lane Ave South
Suite 5
Jacksonville, FL 32205


Ameri-Cash Loans, LLC
1488 Miner Street
Des Plaines, IL 60019


AmeriLoan
2533 N. Carson Street
Suite 4976
Carson City, NV 89706


Ameriloan
6161 Savory
Ste. 600
Houston, TX 77036

AOL Direct
PO Box 41457
Philadelphia, PA 19101-1457


AP Recovery - Target
PO Box 7000
Artesia, CA 90702-7000


AquaCool
8280Slayton Drive
Jessup, MD 20794


Argent Healthcare Financial Service
P.O. Box 33889
Phoenix, AZ 85067


Argent Healthcare Financial Service
PO Box 667
La Porte, IN 46352


ASI
3696 Ulmerton Road
Clearwater, FL 33762


Asset Acceptance
Po Box 2036
Warren, MI 48090


Associated St James Radiologists
P.O. Box 3597
Springfield, IL 62708-3597


AvanteUSA, Ltd
2950 S Gessner, Suite 265
Houston, TX 77063


Axys/Fingerhut
16 Mcleland Road
Saint Cloud, MN 56303-2198


Banco Poplar
9600 West Bryn Mawr
Rosemont, IL 60018

Banco Poplar
P.O. Box 4503
Oak Park, IL 60301-4503


Banco Popular
120 Broadway Fl 16
New York, NY 10271


Calvary Portfolio Services
7 Skyline Dr
3rd Floor
Hawthorne, NY 10532


Calvary Portfolio Services
PO Box 27288
Tempe, AZ 85282


Calvary Portfolio Services
PO Box 22088
Tempe, AZ 85285


Capital One Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091


Capital One Bank
PO Box 85015
Richmond, VA 23285


Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285


Cardiovascular Care Consultants
2555 Lincoln Highway, Suite 211
Olympia Fields, IL 60461


Cash America Financial Services
1600 West 7th Street
Fort Worth, TX 76102


CB USA
POB 8000
Hammond, IN 46325-9998

Cb Usa Inc
55252 Hohman Ave
Hammond, IN 46320


Certegy Payment Recovery Services
11601 Roosevelt Boulevard
Saint Petersburg, FL 33716


Certegy Payment Recovery Services
PO Box 30031
Tampa, FL 33630-3031


Certified Recovery
7207 Regency Square
# 100
Houston, TX 77036


Certified Recovery Sys
6161 Savoy Dr Ste 600
Houston, TX 77036


Chadwicks of Boston
One Chadwick Place, Box 4400
Taunton, MA 02780-7359


Check 'n Go of IL
P.O. Box 204
Mason, OH 45040-0204


Chex Services Inc dba Fastfunds
PO Box 4374
Milwaukee, WI 53204


Clear Check Inc
PO Box 27087
Greenville, SC 29616


Collection Co of America
700 Longwater Driv
Norwell, MA 02061


Collection Company of America
P.O. Box 601
Norwell, MA 02061-0601

Comcast
PO Box 3002
Southeastern, PA 19398-3002


Comptroller of Maryland
80 Calvert Street
PO Box 466
Annapolis, MD 21404-0466


Compucredit
PO Box 105555
Atlanta, GA 30348


Consultants in Pathology
P.O. Box 9231
Michigan City, IN 46361-9231


County Bank
c/o Telecash
PO Box 915
Bala Cynwyd, PA 19004


CPS Clearance Center
PO Box 782408
San Antonio, TX 78278


CPS Sercurity Division
P.O. Box 23037
Corpus Christi, TX 78403


Credit Protect Assoc.
Po Box 802068
Dallas, TX 75380


Credit Union
c/o Blitt & Gaines
318 W Adams, Suite 1600
Chicago, IL 60606


Cross Country Bank
c/o Blatt Hasenmiller et al
125 S Wacker Drive, Suite 400
Chicago, IL 60606

D&B RMS
4836 Brecksville Road
Richfield, OH 44286


Dimensions Health Corp
Box 630917
Baltimore, MD 21263


Diners Club
P.O. Box 6003
The Lakes, NV 88901


Diners Club
183 Inverness Drive West
Englewood, CO 80112


District Government EFCU
2000 14th Street, NW
Washington, DC 20009


Eagle Foods
P.O. Box 6338
Rock Island, IL 61204


Elite Recovery
c/o Keith Shindler Ltd
1040 S Milwaukee #210
Wheeling, IL 60090


Emergency Care Health Organization
555 W. Court Street
Suite 410
Kankakee, IL 60901-3675


Emergency Care Health Organization
P.O. Box 808
Grand Rapids, MI 49518-0808


ER Solutions
P.O. Box 9004
Renton, WA 98057

Fast Cash USA Inc.
c/o David J Axelrod & Assoc
1448 Old Skokie Road
Highland Park, IL 60035


Financial Recovery Services, Inc.
P. O. Box 385908
Minneapolis, MN 55438-5908


First Midwest Bank
c/o Trackers, Inc.
P.O. Box 1227
Bettendorf, IA 52722


First Premier Bank
Attn: Correspondence Dept.
Po Box 5524
Sioux Falls, SD 57117


First Premier Bank
601 S Minnesota Avenue
Sioux Falls, SD 57104


Game Cash
PO Box 26008
Minneapolis, MN 55426


Game Cash Casino
13705 First Avenue North
Plymouth, MN 55441


Ginny's
1112 7th Avenue
Monroe, WI 53566-1364


Great Lakes Collection Bureau, Inc.
45 Oak Street
Buffalo, NY 14203-2697


Harvard Collection
4839 North Elston
Chicago, IL 60630

Hawthorne Credit Union
2678 S. Weber Rd.
Bolingbrook, IL 60440-1510


Hawthorne Credit Union
PO Box 3046
Naperville, IL 60566


Hawthorne Credit Union
1519 N Naper Boulevard
Naperville, IL 60563-1522


Household Credit Services
P.O. Box 80027
Salinas, CA 93912-0027


HSBC NV
PO Box 19360
Portland, OR 97280


HSBC Nv/GM Card
Hsbc Card Srvs    Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197


Illinois Collection Service
P.O. Box 646
Oak Lawn, IL 60454-0646


Illinois Department of Revenue
Bankruptcy Unit
100 W. Randolph St. Level 7-425
Chicago, IL 60601


Illinois Dept. of Employment Securi
Benefit Repayments
PO Box 6996
Chicago, IL 60680-6996


Illinois Title Loan
1645 Western Ave
Chicago Heights, IL 60411

Instant Cash Advance
4714 W. Lincoln Hwy
Matteson, IL 60443


Island National Group
6851 Jericho Tpke
Suite 180
Syosset, NY 11791


Joseph W Noetzel, DDS, Ltd
Ashland Dental Center
20200 Ashland Ave
Chicago Heights, IL 60411


Jutla Sanjay
55 E Jackson Blvd. 16th Floor
Chicago, IL 60604


Linebarger Goggan Blair et al
911 Central Pkwy N
Ste 2
San Antonio, TX 78232


Linebarger Goggan Blair Sampson LLP
P.O. Box 06152
Chicago, IL 60606-0152


Linebarger Goggan Blair Sampson LLP
P.O. Box 06268
Chicago, IL 60606-0268


Merchants Credit Guide
223 W Jackson Blvd  Ste 900
Chicago, IL 60606-6908


Merchants Credit Guide Co
PO Box 18053
Hauppauge, NY 11788-8853


Mid America Cardiovascular Consulta
5009 W 95th Street
Oak Lawn, IL 60453

MidAmerica Cardiovascular Consultan
5009 W. 95th Street
Oak Lawn, IL 60453-2401


Midland Credit Management, Inc.
c/o Blatt, Hasenmiller, Leibsker
125 S. Wacker Drive, Ste. 400
Chicago, IL 60606


Midnight Velvet
1112 7th Avenue
Monroe, WI 53566-1364


Midwest Physicians Group
Collection Unit
P.O. Box 95401
Chicago, IL 60694


Money Market/Payday Express
c/o Allen, Lewis & Associates
1185 Lane Ave, South Suite #5
Jacksonville, FL 32205


Mutual Hospital Collect
2525 N. Shadeland A
Ste. 101
Indianapolis, IN 46219-1794


Mutual Hospital Services
Po Box 19828
Indianapolis, IN 46219


Oak Forest Hospital
15900 S. Cicero Avenue
Oak Forest, IL 60452


Oral Surgery Center
19838 South Halsted
Chicago Heights, IL 60411-8225


Paragonway
2101 West Ben White Blvd
#103
Austin, TX 78704-7516

Park Dansan
113 West 3rd Avenue
P.O. Box 248
Gastonia, NC 28053


Penn Credit Corp
PO Box 988
Harrisburg, PA 17108


Prairie State College Dental Clinic
202 South Halsted Street
Chicago Heights, IL 60411


Prodigy Communications Corporation
P.O. Box 203370
Austin, TX 78759-3370


Quik Payday
87 East 1400 North
Logan, UT 84341


Radio Shack
PO Box 1211
Oxford, MS 38655


Radiology Diagnostic Center
2138 Espey Court
Crofton, MD 21114


Receivables Management Solutions
260 East Wentworth Avenue
Saint Paul, MN 55118


Repeat Performance FICCS
PO Box 20721
Montgomery, AL 36120


Riscuity
1600 Terrell Mill
Marietta, GA 30067-8340


Rodale Books
P.O. Box 7027
Emmaus, PA 18098-0727

Salvation Army
4825 Edmonston Road
Hyattsville, MD 20781


Seventh Avenue
1112  7th Avenue
Monroe, WI 53566-1364


Southern Management Corp
1950 Old Gallows Road
Vienna, VA 22182


St James Hospital & Health Centers
1423 Chicago Road
Chicago Heights, IL 60411


Swiss Colony
1112 7th Avenue
Monroe, WI 53566


Target
1000 Nicollet
Minneapolis, MN 55403


Tate & Kirlin Associates
2810 Southhampton Road
Philadelphia, PA 19154


TCF Bank
c/o Millenium Credit Consultants
P.O. Box 18160
Saint Paul, MN 55118


Telecheck Recovery Services
Dept. 74
Denver, CO 80281-0074


Telecheck Recovery Services
Dept 80
Denver, CO 80281-0080


The Billing Center
PO Box 60300
Tampa, FL 33660-0300

Trackers, Inc.
PO Box 1227
1970 Spruce Hills Dr.
Bettendorf, IA 52722


Tribute
245 Perimeter Center Park
Atlanta, GA 30346


Tribute/fbofd
6 Concourse Pkwy Ne Fl 2
Atlanta, GA 30328


Unifund
10625 Techwoods Circle
Cincinnati, OH 45242


Unifund CCR Partners
10625 Techwoods Circle
Cincinnati, OH 45242


United Cash
7207 Regency Square Blvd
Suite 100
Houston, TX 77036


United Cash Loans
2533 N Carson Street #5020
Carson City, NV 89706


United Credit National Bank
220 East Denson Road
Sioux Falls, SD 57104


University Pathologists, P.C.
5620 South Wyck Blvd.
Toledo, OH 43614-1501


Van Ru Credit Corp
10024 Skokie Blvd
Skokie, IL 60077-1025


Video Village
4026 Sauk Trail
Richton Park, IL 60471